IN THE SUPREME COURT OF NORTH CAROLINA

No. 76A16

Filed 23 September 2016

DANIEL and LISA HOLT, Administrators of the ESTATE OF HUNTER DANIEL HOLT; STEVEN GRIER PRICE, Individually; STEVEN GRIER PRICE, Administrator of the ESTATE OF McALLISTER GRIER FURR PRICE; and STEVEN GRIER PRICE, Administrator of the ESTATE OF CYNTHIA JEAN FURR

v.

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 781 S.E.2d 697 (2016), affirming a decision and order filed on 29 December 2014 by the North Carolina Industrial Commission. Heard in the Supreme Court on 29 August 2016.

*DeVore Acton & Stafford PA, by Fred W. DeVore, III, F. William DeVore IV, and Derek P. Adler, for Price plaintiff-appellees; and Rawls Scheer Foster & Mingo PLLC, by Amanda A. Mingo, for Holt plaintiff-appellees.*

*Roy Cooper, Attorney General, by Melody R. Hairston and Amar Majmundar, Special Deputy Attorneys General, for defendant-appellant.*

PER CURIAM.

AFFIRMED.